UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **CHARLES STERGIOS,** )<br>)<br>**Petitioner** )<br>v. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>**Respondent** ) | Civil No.   08-90-P-S<br>Crim. No. 04-11-P-S |

### ORDER AFFIRMING THE
### RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 5) filed March 25, 2008, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** Petitioner's 28 U.S.C. §2255 motion (Docket No. 1) is **DENIED.**  In addition, the motion for leave to proceed in forma pauperis (Docket No. 2) is dismissed and the motions for inspection of the grand jury minutes and the motion for bail (Docket Nos. 3 & 4) are dismissed as moot.

  /s/ George Z. Singal          __
Chief United States District Judge

Dated this 15th day of April, 2008.